O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert Torres, | CV 11-7131-RSWL (SSx) |
| Plaintiff, | |
| vs. | **ORDER Re: Plaintiff's Application for Default Judgment [14]** |
| L.A. Private Trainers and Robin Del Pesco, | |
| Defendants. | |

    Currently before the Court is Plaintiff Robert
Torres's ("Plaintiff") Application for Default Judgment
[14].  On December 22, 2011, the Application was taken
under submission [15].  The Court having reviewed all
papers submitted pertaining to this Motion and having
considered all arguments presented to the Court, **NOW
FINDS AND RULES AS FOLLOWS:**

    Plaintiff's Application for Default Judgment is
hereby **GRANTED.**  The Court finds that Plaintiff has
satisfied all procedural requirements necessary under

Local Rule 55-1 for entry of default judgment.
Specifically, the Court finds that the clerk entered
the default as to Defendant L.A. Private Trainers on
October 11, 2011 and as to Defendant Robin Del Pesco
(collectively "Defendants") on October 14, 2011;
Defendants are not infants or incompetent persons or in
military service or otherwise exempted under the
Soldiers' and Sailors' Civil Relief Act of 1940; and
Defendants did not appear in this action.  Further, the
Court finds that the substantive factors set forth in
Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986) weigh in
favor of granting default judgment.

THEREFORE, IT IS ORDERED that:

        Default judgment be entered against Defendants L.A.
Private Trainers and Robin Del Pesco for damages in the
amount of $10,308.05, attorney's fees in the amount of
$1,218.48, and costs of suit in the amount of $448.65.
Plaintiff is entitled to a total of $11,975.18, and
Defendants are jointly and severally liable for this
amount.  This judgment shall bear interest at the
judgment rate from the date of entry until paid.


**IT IS SO ORDERED.**

DATED: January 26, 2012.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

2